UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KATE EGAN,** individually, and on behalf of others similarly situated, | Case No.: 23-cv-1148 |
| Plaintiff, | Hon.: Matthew F. Kennelly |
| vs. | Hon. Susan E. Cox |
| **A.W. COMPANIES, INC.**, a Minnesota Corporation, | |
| Defendant. | |

## JOINT STATUS REPORT

The parties submit the following status report in anticipation of the status conference scheduled for February 5, 2024.

The parties are continuing through discovery. Plaintiffs previously served discovery requests on Defendant. Defendant has responded and intends to supplement its responses. Plaintiffs have initiated the meet and confer process to address various deficiencies with the responses and production. On January 29, 2024, Defendant informed Plaintiffs it had identified the opt-ins it wishes to serve the court ordered questionnaire on [D.E. 64]. The Parties are now scheduling a time and date to select the random opt-ins and to simultaneously exchange their preferred opt-in selections. Plaintiffs have also asked for the deposition of Defendant's personnel. Defendant will serve written discovery requests on named Plaintiffs the week of January 29, 2024.

Dated: January 29, 2024    Respectfully Submitted,

**ASH LAW, PLLC**
*s/Charles R. Ash, IV*
Charles R. Ash, IV (P73877) (*Admitted*)
402 W. Liberty St.
Ann Arbor, MI 48103

1

Phone: (734) 234-5583
Email: cash@nationalwagelaw.com
**MORGAN & MORGAN, P.A.**

Andrew R. Frisch (FBN 027777) (*Admitted*)
55 E Monroe Street, Suite 3800
Chicago, IL 60603Phone: (954) WORKERS
Fax: (954) 327-3013
Email: AFrisch@forthepeople.com

**HOOPER HATHAWAY, P.C.**
Oscar Rodriguez (P73413) (*Admitted*)
126 S. Main St.
Ann Arbor, MI 48104-1903
Phone: (734) 662-4426
Email: orodriguez@hooperhathaway.com

*Counsel for Plaintiff and the*
*Putative Collective/Class Members*

**NILAN JOHNSON LEWIS PA**
*/s/Austin J. Spillane*
Pablo Orozco (MN 0396811)
Austin J. Spillane (MN 400317)
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Telephone: 612-305-7500
Facsimile: 612-305-7501
porozco@nilanjohnson.com
aspillane@nilanjohnson.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/Austin J. Spillane*