UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KATE EGAN,** individually, and on behalf of others similarly situated, | Case No.: 23-cv-1148 |
| Plaintiff, | Hon.: Matthew F. Kennelly |
| vs. | Hon. Susan E. Cox |
| **A.W. COMPANIES, INC.**, a Minnesota Corporation, | |
| Defendant. | |

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF CONSENTS TO JOIN COLLECTIVE ACTION

NOW COMES Plaintiff, by and through the undersigned counsel, and hereby notifies this Court of the withdrawal of Consents to Join Collective Action filed by the following individuals listed below:

1. Cindy Laug;
2. Traeshawn Barnes;
3. April Smith;
4. Glenda Sunleaf;
5. Juanita Wallace;
6. Michelle Weaver; and
7. Krista Behl.

Respectfully submitted April 24, 2024.

HOOPER HATHAWAY, P.C.

BY: /s/ Oscar A. Rodriguez
Oscar A. Rodriguez (P73413)
Admitted *Pro Hac Vice*

126 South Main Street
Ann Arbor, MI 48104
(734) 662-4426
orod@hooperhathaway.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 24, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

HOOPER HATHAWAY, P.C.

BY: /s/ Oscar A. Rodriguez
Oscar A. Rodriguez (P73413)
Admitted *Pro Hac Vice*
126 South Main Street
Ann Arbor, MI 48104
(734) 662-4426
orod@hooperhathaway.com
Attorney for Plaintiff