# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kate Egan, et al.
                                 Plaintiff,

v.                                                                  Case No.: 1:23−cv−01148
                                                                           Honorable Matthew F. Kennelly

A.W. Companies, Inc., et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 25, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 2/25/2025. Plaintiffs' motion for FLSA Collective Settlement Approval [134] is granted for the reasons stated on the record. The case is dismissed without prejudice with leave to reinstate. The dismissal will convert to a dismissal with prejudice and without costs by 2/28/2026, unless a motion seeking reinstatement is filed before that date. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.